UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ERICA MORENO and
KATTI PUTNAM,

       Plaintiffs,

v

RON HUGHES,

       Defendant.

Case No. 2:14-cv-13829

Hon. Gershwin A. Drain

Mag. Judge David R. Grand

| | |
|---|---|
| Christopher S. Olson (P58780)<br>Attorney for Plaintiffs<br>32121 Woodward Ave., Ste. 300<br>Royal Oak, MI 48073<br>(248) 672-7368 | James T. Farrell (P35400)<br>Douglas G. Powe (P36409)<br>Attorneys for Defendant<br>Michigan Department of Attorney General<br>Civil Litigation, Employment & Elections Division<br>P.O. Box 30736<br>Lansing, MI 48909<br>(517) 373-6434 |

                                                     /

## DEFENDANT'S SUPPLEMENTAL JUROR VOIR DIRE

Defendant submits the following supplemental questions for juror voir dire:

       1.      Will you raise your hand if you own a dog.

       2.      What breed is your dog?

       3.      Does anyone have any strong opinions for or against pit bulls?

4. Is anyone afraid of pit bulls?

5. Have any of you or your family or friends ever been attacked by a dog, or involved in a dog biting incident, either as a victim, the dog owner, a witness, or a neighbor?

6. Do any of you have any strong feelings about animal rights?

7. Are any of you a member of an animal rights organization such as the Humane Society or PETA?

8. Does anyone disagree that a person is entitled to shoot a pit bull that is acting aggressively and appears to be prepared to attack the person?

9. Can everyone here set aside their own personal feelings of sympathy for an animal that has been shot if the Court instructs you that it is appropriate and permissible for a law enforcement officer to use reasonable force, including deadly force, against a dog that's posing a threat to the law enforcement officer?

10. Does anyone believe it's never justified to shoot an animal?

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Bill Schuette<br>Attorney General |
|  | *s/ James T. Farrell (P35400)*<br>Assistant Attorney General<br>Attorney for Defendant<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>(517) 373-6434 |
| Date: February 12, 2016 | [P35400] |

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing as well as via US Mail to all non-ECF participants.

*s/ James T. Farrell (P35400)*
Assistant Attorney General
Civil Litigation, Employment &
Elections Division
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434
[P35400]